UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-cv-225-CHB-CHL

| | |
|---|---|
| WATERLOO SPARKLING WATER CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **STIPULATION OF DISMISSAL**<br>) <u>**WITH PREJUDICE**</u><br>) |
| PRO-LIQUITECH, LLC d/b/a FLAVORMAN, | )<br>)<br>) |
| Defendant. | ) |

\* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Waterloo Sparkling Water Corporation ("Waterloo") and Defendant Pro-Liquitech, LLC d/b/a Flavorman ("Flavorman"), having resolved their disputes, now agree to dismiss with prejudice all claims that were or could have been asserted, with each party to bear its own costs, expenses, and attorneys' fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| /s/ *Collin L. Ryan* | /s/ *Marc G. Farris* |
| Sarah Vonderbrink Geiger (KBA No. 96173) | Dustin E. Meek (KBA No. 84013) |
| Amanda Brooke Burton (KBA No. 96213) | Marc G. Farris (KBA No. 97598) |
| Collin L. Ryan (KBA No. 97541) | TACHAU MEEK PLC |
| KEATING MUETHING & KLEKAMP PLL | 101 South Fifth Street, Ste. 3600 |
| One East Fourth Street, Suite 1400 | Louisville, Kentucky 40202 |
| Cincinnati, OH 45202 | Phone: (502) 238-9900 |
| Telephone: 513.579.6400 | Telecopy: (502) 238-9910 |
| Fax: 513.579.6457 | dmeek@tachaulaw.com |
| sgeiger@kmklaw.com | mfarris@tachaulaw.com |
| aburton@kmklaw.com | *Counsel for Flavorman* |
| cryan@kmklaw.com | |
| *Counsel for Waterloo* | |