UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| WATERLOO SPARKLING WATER CORPORATION, )<br>)<br>) Civil Action No. 3:23-CV-225-CHB<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER OF DISMISSAL WITH**<br>PRO-LIQUITECH, LLC, d/b/a ) **PREJUDICE**<br>FLAVORMAN )<br>)<br>Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court has received and reviewed the parties' Stipulation of Dismissal with Prejudice [R. 16] of each of Plaintiff's claims against the Defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The parties' Stipulation of Dismissal with Prejudice [**R. 16**] is **GRANTED**.

2. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party bearing its own costs and fees.

This the 8th day of September 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of record